22030. PRICE MERCANTILE CO. *v.* SUTTON.

LUKE, J. Though the evidence in this action for damages for malicious prosecution is conflicting in important particulars, there seems to be some evidence to support the verdict; so the general grounds of th motion for a new trial can not be sustained; and, inasmuch as ' harmful error appears from any of the special grounds of the mot<sup>n,</sup> the discretion exercised by the trial judge in denying that motion<sup>will</sup> not be disturbed.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., ab<sup>nt</sup> on account of illness.*

DECIDED APRIL 29, 1932.

*J. L. Wimberly, R. W. West, W. M. West,* for plaintiff in error.
*Grady Gillon, Hallie B. Bell,* contra.